
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/21/08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| GARY W. WILKS | CIVIL ACTION NO. 07-1229 |
|---|---|
| VS. | JUDGE HAIK |
| MICHAEL J. ASTRUE, Commissioner Social Security Administration | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and **REMANDED**.[1] On remand, the ALJ shall use the services of a psychiatric or psychological expert. The ALJ shall re-evaluate Wilks' mental impairments, including his bi-polar disorder, and shall include not only the functional limitations they impose on Wilks' daily living, social functioning, concentration, persistence, or pace, but also consider Wilks' episodes of decompensation. The ALJ shall re-evaluate whether Wilks meets Listing 12.04. The ALJ shall re-evaluate whether Wilks' DAA is material to a finding of disability. The ALJ shall make a finding regarding Wilks' ability to sustain employment.

**IT IS FURTHER ORDERED** that Wilks is awarded a closed period of disability benefits from January 18, 2002 until September 3, 2003.

Lafayette, Louisiana this 20th day of November, 2008.

RICHARD T. HAIK

---

[1] This constitutes a "final judgment" that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).